UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JIANHAO ZHEN, | CASE NO. 25-5684-BHS |
| Plaintiff, | ORDER |
| v. | |
| CARLOS DEL TORO, | |
| Defendant. | |

THIS MATTER is before the Court on Magistrate Judge David Christel's Order granting pro se plaintiff Zhen's motion for leave to proceed *in forma pauperis*, Dkt. 4, leaving to this Court evaluation of whether Zhen's proposed complaint, Dkt. 5, asserts a plausible claim and should be served.

Zhen's proposed complaint asserts employment discrimination claims against the Navy on the basis of his race. Dkt. 5. He acknowledges that he has a related case before this Court, No. 24-CV-5746-BHS, which asserts similar claims against Secretary Del Toro.

The Court ordered Zhen to show cause as to why the two cases should not be consolidated. Dkt. 8.

ORDER - 1

1   Zhen responds that the earlier filed case is about the Navy's firing of him in July
2   2023, whereas this case is about the "stressful work environment against [him]," from
3   May 2022 through July 2023. Dkt. 9. However, he does not object to the Court's
4   consolidation of the two cases. *Id.* at 2.

5   Rule 42 permits a court to consolidate or join for trial matters that "involve a
6   common question of law or fact." Fed. R. Civ. P. 42(a). "To determine whether to
7   consolidate, a court weighs the interest of judicial convenience against the potential for
8   delay, confusion and prejudice caused by consolidation." *Sw. Marine, Inc. v. Triple A
9   Mach. Shop, Inc.*, 720 F. Supp. 805, 807 (N.D. Cal. 1989).

10  The Court concludes consolidation is appropriate here. The cases involve common
11  facts that occurred over a similar time frame. All future filings should be made in the
12  earlier filed case, No. 24-CV-5746. Because the Navy has already appeared and answered
13  in that case, Zhen may file a motion for leave to amend his complaint by October 6, 2025.

14  This matter shall be **CONSOLIDATED** with the earlier filed case, No. 24-CV-
15  5746. This matter is **DISMISSED without prejudice**.

16  **IT IS SO ORDERED.**

17  Dated this 25th day of September, 2025.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2